# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

STEPHEN FELLS,
      Plaintiff,

v.                               Case No. 09-C-0299

P.O. DAVID STURMA and
P.O. LEON DAVIS,
      Defendants.

## DECISION AND ORDER

On April 26, 2011, I issued an order granting defendants' motion for summary judgment. Plaintiff Stephen Fells has moved for reconsideration of this decision. However, having reviewed the motion for reconsideration, I see no grounds for reconsidering my decision. Therefore, the motion for reconsideration will be denied.

Plaintiff notes that he requested appointment of counsel. However, I determined in prior orders that Fells appeared competent to litigate this case himself, and nothing I have seen since indicates that this conclusion was incorrect. Although Fells indicates that he has a learning disability, he was still able to advance lucid arguments in support of his positions in this case.

Plaintiff also notes that he was held in jail after the allegedly false arrest for an unlawful length of time. However, no evidence in the record indicated that the named defendants were responsible for the length of plaintiff's stay in jail. Thus, even if plaintiff was detained for an unlawful length of time, the named defendants would not be liable for this harm.

Finally, plaintiff states that if his motion for reconsideration is denied, he intends to appeal. If this is still plaintiff's intent, he is advised to file a notice of appeal with the Clerk of Court.

Accordingly, **IT IS ORDERED** that plaintiff's motion for reconsideration is **DENIED**.

Dated at Milwaukee, Wisconsin, this 11th day of May, 2011.

/s_____
LYNN ADELMAN
District Judge