# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**STEPHEN FELLS,**
       **Plaintiff,**

   v.                                                                   Case No. 09-C-0299

**P.O. DAVID STURMA and**
**P.O. LEON DAVIS,**
       **Defendants.**

---

## DECISION AND ORDER

On April 26, 2011, I issued an order granting defendants' motion for summary judgment. On May 6, 2011, plaintiff Stephen Fells moved for reconsideration of this decision. I denied that motion in an order dated May 11, 2011. On January 30, 2012, Fells filed a second motion for reconsideration in which he repeats the arguments that he made in his first motion for reconsideration. For the reasons stated in my order denying the first motion for reconsideration, the second motion for reconsideration is **DENIED**.

Dated at Milwaukee, Wisconsin, this 3rd day of February 2012.

                                      s/_____
                                      LYNN ADELMAN
                                      District Judge