UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**STEPHEN FELLS,**
      **Plaintiff,**

    v.                                        Case No. 09-C-0299

**P.O. DAVID STURMA and
P.O. LEON DAVIS,**
      **Defendants.**

---

## DECISION AND ORDER

On April 26, 2011, I issued an order granting defendants' motion for summary judgment. On May 6, 2011, plaintiff Stephen Fells moved for reconsideration of this decision. I denied that motion in an order dated May 11, 2011. On January 30, 2012, Fells filed a second motion for reconsideration. I denied that motion in an order dated February 3, 2012. On February 6, 2012, plaintiff filed a letter which the Clerk of Court docketed as another motion for reconsideration. To the extent that plaintiff intended this letter to serve as a motion for reconsideration, it is denied on the ground that it asserts no basis for reconsideration.

Accordingly, **IT IS ORDERED** that plaintiff's third motion for reconsideration (incorrectly identified on the docket as a second motion for reconsideration) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 20th day of June 2012.

                                                s/ Lynn Adelman
                                                LYNN ADELMAN
                                                District Judge